HARRY TURKOWITZ, Respondent, v. JACOB PALETZ, EZEKIEL LEAVITT and "MENDEL" KANTOR, Appellants.— Motion for reargument denied, with ten

dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.